UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR SUAZO,

                          Plaintiff,

              -v.-

BRYANT PROPERTIES 769 LLC,

                          Defendant.

21 Civ. 2996 (KPF)

**ORDER AND JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

Upon consideration of Plaintiff's motion for entry of a default judgment against Bryant Properties 769 LLC, the Affirmation of John C. Luke, Jr., Esq., dated March 22, 2022, the accompanying exhibits, and upon hearing of the Plaintiff's motion on May 4, 2022, hearing John C. Luke, Jr., Esq., in support of the motion and no one appearing in opposition thereto, and it appearing to the Court that the Defendant  Bryant Properties 769 LLC failed to plead or otherwise defend in this action: pursuant to Fair Labors Standard Act ("FLSA"), it is hereby:

**ORDERED**, that Plaintiff's motion for entry of a default judgment be, and the same is hereby granted and it is further

**ORDERED, ADJUDGED AND DECREED**, that judgment is hereby entered in favor of Plaintiff against Bryant Properties 769 LLC in the amount of $152,850, representing the amount of unpaid overtime pay and liquidated damages under the FLSA; attorneys' fees in the amount of $7,857.66; and costs in the amount of $506; and it is further

**ORDERED, ADJUDGED AND DECREED**, Plaintiff may immediately execute upon this judgment and the Clerk shall immediately issue an abstract judgment upon Plaintiff's proper application thereof.

ENTERED, this 26th day of May 2022

_____
KATHERINE POLK FAILLA
United States District Judge