| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------X<br>HECTOR SUAZO,<br>                      Plaintiff,<br>  -against-<br><br>BRYANT PROPERTIES 769 LLC,<br>                    Defendants.<br>---------------------------------------------------X | **MEMO ENDORSED**<br><br>21 Civ. 2996 (KPF)<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Defendant Bryant Properties 769 LLC's motion for an order vacating the default judgment under Fed. R. Civ. P. 60(b); alternatively, for an order vacating the default judgment in part, and scheduling the within action for an inquest; and for such other and different relief as this Court may deem just and proper, with Exhibits, Affidavit of Aaron Rivlin, and the Declaration of Isaac Gutman, and upon all prior proceedings, pleadings and filings in this action, defendant will move this Court at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007 at a date and time to be designated by the Court.

Dated: August 23, 2023
       West Hempstead, New York

                                            LAW OFFICE OF STEVEN A. FELDMAN & ASSOCIATES, PLLC

                                            _____
                                            Steven A. Feldman, Esq.
                                            *Attorneys for Defendant, Bryant Properties 769, LLC*
                                            763 Dogwood Avenue
                                            West Hempstead, New York 11552
                                            Telephone: (516) 537-8357

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of August, 2023, I served this Notice of Motion on the below individuals via CM/ECF:

> Slater Slater Schulman, LLP
> *Attorneys for Plaintiff*
> John C. Luke, Jr., Esq.,
> Adam Morelli, Esq.

_____
Steven A. Feldman, Esq.

Application GRANTED.  Plaintiff may file an opposition to Defendant's motion on or before **September 25, 2023**.  Defendant may file any reply on or before **October 9, 2023.**

Defendant shall serve Plaintiff with a copy of its motion papers filed at docket numbers 32 and 33 via certified mail to Plaintiff's counsel's address of record.

Dated:   August 24, 2023
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE